**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01866-BNB

DAVID LEE WOMACK,

      Plaintiff,

v.

DAVID BERKEBILE,
PATRICIA RANGEL,
DARREN FOSTER,
TENA SUDLOW,
BLAKE DAVIS,
E. ALEXANDER,
C.O. ARKO,
SEAN SNIDER,
SHON KUTA,
ANTHONY OSAGIE,
RONALD CAMACHO,
LISA GREGORY,
CHARLES SAMUELS JR.,
JOHN DOE,
FEDERAL BUREAU OF PRISONS,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      The clerk of the Court is directed to strike the letter (ECF No. 9) submitted to the Court on August 2, 2013, by Jeremy Pinson, who is not a party to this lawsuit.

Dated:  August 6, 2013

---