IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01866-WJM-MJW

DAVID LEE WOMACK,

Plaintiff(s),

v.

DAVID BERKEBILE,
PATRICIA RENGEL,
DARREN FOSTER,
TENA SUDLOW,
BLAKE DAVIS,
E. ALEXANDER,
ARKO,
SEAN SNIDER,
SHON KUTA,
ANTHONY ASAGIE,
RONALD CAMACHO,
LISA GREGORY,
CHARLES SAMUELS, JR.,
JOHN DOE, and
FBOP,

Defendant(s).

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendants' Motion to Vacate Preliminary Scheduling Conference and Stay Discovery (Docket No. 47) is GRANTED.  Accordingly, it is further

     ORDERED that the Scheduling Conference set on February 11, 2014, at 9:30 a.m. is VACATED and will be reset if necessary following a ruling on the pending motion to dismiss (Docket No. 43).  It is further

     ORDERED that all discovery is stayed in this matter until further order of the court.

Date: January 27, 2014