**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1866-WJM-MJW

DAVID LEE WOMACK,

    Plaintiff,

v.

DARREN FOSTER, Correctional Counselor, ADX Florence,
ELEANOR ALEXANDER, Discipline Hearing Officer, North Central Regional Office,
RICHARD ARKO, Senior Officer Specialist, ADX Florence,
ANTHONY OSAGIE, Physician's Assistant, ADX Florence,
RONALD CAMACHO, Mil-Level Provider, ADX Florence, and
JOHN DOE, ADX Florence,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Adopting June 18, 2014 Recommendation of Magistrate Judge, Granting Defendants' Motion to Dismiss Amended Complaint, entered by the Honorable William J. Martínez, United States District Judge, on July 16, 2014,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 66) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss Amended Complaint (ECF No. 43) is GRANTED.  Plaintiff's Amended Complaint (ECF No. 12) is hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's claim against John Doe is hereby

DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) for failure to prosecute.

IT IS FURTHER ORDERED that Judgment is entered for defendants and against the plaintiff and this case is closed. Each party shall bear his or her own attorney's fees and costs.

Dated at Denver, Colorado this 16th day of July, 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk